LUCIEN BAZLEY

VERSUS

COX, JUDGE, 24TH JDC

NO. 24-K-309

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

October 09, 2025

Linda Tran
First Deputy Clerk

**IN RE** LUCIEN BAZLEY

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE HONORABLE RONALD D. COX, DIVISION "L", NUMBER 22-4780

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Amanda L. Calogero, Pro Tempore

**WRIT DENIED**

In this *pro se* writ application, relator, Lucien Bazley seeks mandamus relief. Relator contends that he has filed the following *pro se* motions between November 30, 2022 through May 1, 2024, which the trial court has not ruled on, specifically: (1) Motion to Quash; (2) Motion to Quash; (3) Supplement Brief Motion to Quash; (4) Motion for Speedy Trial; (5) Motion for Subpoena *Duces Tecum*; (6) Motion to Quash; (7) Motion for Subpoena *Duces Tecum*; (8) Motion of Bill of Particulars; (9) Motion of Objection; and (10) Motion of Preliminary Examination.

Upon review of the official record, the trial court denied relator's *pro se* motions on November 7, 2024. Accordingly, this writ application is denied as moot.

Gretna, Louisiana, this 9th day of October, 2025.

**SJW**
**ALC**

24-K-309

LUCIEN BAZLEY

VERSUS

COX, JUDGE, 24TH JDC

NO. 24-K-309

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

**MOLAISON, J., CONCURS WITH REASONS**

I would deny relief on the showing made, and concur with the majority's denial of this writ application.

**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **10/09/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-309**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ronald D. Cox (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Lucien Bazley #358366 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054